February 10-2005

RAFAEL RODRIQUEZ
Federal register No 22543-038
Fort Dix Federal Correcitonal Center
Post Office Box 2000
Fort Dix, New Jersey   08640

FILED
IN CLERKS OFFICE

2005 FEB 16  P 3: 16

U.S. DISTRICT COURT
DISTRICT OF MASS

Clerk
Clerk's Office
For The United States District Court
For The District Of Massachusetts
1 Court House Way
Suite 2300
Boston, Massachusetts   02210

Reference:   Rafael Rodriquez vs: United States Docket No 1:05-CV-10173

Attention:   The Honorable Judge William T. Young

    Please be advised that I was not aware of the fact that The United States Supreme Court had denied my Petition for Certorari.

    Please furthe Note that I am requesting why the Peition for Writ Of Habeas Corpus was denied.

    I was not notified of any denial from The United States Supreme Court; therefore, I can not comprehend why my petition for writ of habeas corpus was not timely.

    Please be kind enough to reply as soon as possible so I can file the necessary petition to continue with my Petition for Writ Of Habeas Corpus, pursuant to 28 USC §§ 2255.

Respectfully Submitted,

*Rafael Rodriquez*  2/12/05
Rafael Rodriquez